**FULL NAME:** Sherita C Lee Family FBI/liased

**COMMITTED NAME (if different):** Jaym. Lee & Kste middlton

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** 1025 N Tippacanue Ave Apt 137 San Bernadino Ca 92401

**PRISON NUMBER (if applicable):** 2406300479

FILED
CLERK, U.S. DISTRICT COURT
JUL 1 - 2024
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Sherita C Lee

PLAINTIFF,

v.

west Vally Jail

DEFENDANT(S).

**CASE NUMBER** ED CV24-1386-MAR (KES)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? **3**

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.) By (year) 24 Jacucey and Date 6/29/24 Trafficees Couse Avoiding intemidation Forced Disconclution of my case There was ink Los Vagas in my Food Tray for Human Trafficing Reason of using Jail and prison funding of poison Black market ink Alrights or using a Black Line connect as A Trade Tactie of attack Resson who is painted Abuse food or attached anywhere while as Terreest add Cyber Table in Camara Viewing Demand of IRS and pimping or pander use/ststement Roit of Stocking ext identy use Theft and intemidation or attack pipe bomb to couse payment arrea mining to Use Hostage or asult Reason Before a person and use of ABCdef Monitor I Have Active Meator from IRS who will CRV. Abuse and Terreest fire Department use of pre cult poste core- Fall Direct for contenged Hord -

on (date or dates) __6-23/24__ , _____ , _____
                    (Claim I)           (Claim II)        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __West Vally Jail_____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Jail was out of Conduct Rule_____
   _____

4. Defendant _____ resides or works at

   (full name of first defendant)

   _____

   (full address of first defendant)

   _____

   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at

   (full name of first defendant)

   _____

   (full address of first defendant)

   _____

   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

a. Parties to this previous lawsuit:
   Plaintiff **Sherita Lee**

   Defendants **Jail - and White House Trafficers Cyber Food Handlers (Damonica Banks) Clark County**

b. Court **Los Vagas**

c. Docket or case number **Stolen or Denyed by stocker my use**

d. Name of judge to whom case was assigned

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) **Not sure Because of Wales family stocking**

f. Issues raised: **Ink - in food Because of Bashing Islum and Keeping of Muslium Trey gay paloticing Alkighta IRS Drugs / From facility to street demand Funding**

g. Approximate date of filing lawsuit: **6-23-24**

h. Approximate date of disposition **6-23-24**

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No

   If your answer is no, explain why not **paper-work stolen by staff and camara cyber viewers of corador Vagas Camara White House Employee's (USA)**

3. Is the grievance procedure completed? ☑ Yes ☐ No **Help, Denyed in mental Dorm (prior) gards March Dancing Coyss floor**

   If your answer is no, explain why not **video of prior/since Allen Stan— Nudity (Prea) at facility and gard use of stomping leg Before → Denyed help Doing Trama stage · precedding stage Date Curent video 6/23/24**

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Sharita Lu** (print plaintiff's name) **APH 37**
who presently resides at **1025 N Tippacanoe Ave SB, ca 92401** (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at **WVCJ 9500 Etiwanda Ave Rancho Cucamuna 91739** (institution/city where violation occurred)

D. CLAIMS:

CLAIM I

The following civil right has been violated: White House- Ect Kidnapper Employees Bail Blocking also using Jail Area Movement Cyber To pay Themself Here Slip and Fall and Fountain Driping on me from Bed & area Cealing No Help To Nurse doing accident while in pain Doing Terroest Ped Lock on my Leg After Hostage Keeper Ran me over To Contenue payment Scam of Slip and Fall using metta Leg attachment and poisoning Food Tempeture and High Blood pressures as Cult Vampires They Ex Eclam Cyber as Attack method of There Roit or Rally of Contenuing areas where Victam were once Stamped nude by Trafficing Relay Draggers To Contenue payment To Tavel payed Viewers By Camara Followers on perpase of The Same plant Scam There Conspired Here To Follow or Herd my Coalabiration of Exssive force or violent verble Lawsuit Attic's Steal to attack me Ect

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

The are more then one Attack methods on camara at This area Facility Such as Spit in food Stomping of my pants off Doing Raid I wish To gain in cell and outside of Cell camara Actsess of Showing gards involvement and All other Report Error also I would like To Rate The Wall or Threat speaker Mining Rate of Ares who is Abusive To Sanity monitor purposelly To follow and Cause Dropping or Stalen Legal Work and Complaint by Strik or Hiting a person Doing Exsample of Cult Directed persons used This hove af This Statement as well as Los Vagas when attached paperwork was Stolen doing and By Traveling Rinkers Connected To Rink California Today 12:00 A/m using Cult plastic To inforce The Same Attac as a Riku Is The Hose or unknowing Strike To Toe is The Sm Going Ransom or Tarret Tactic or area water fountain Ar

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CIVIL RIGHTS COMPLAINT

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

6 Billion To 900 Trillion dollars as well as My Firm Boing Coin and involved me and Kate Middlton or my Family and Evict.Com is also or Bowing Coin Nude Com invest Tycoon Banking. Bunny in making is in dandy a project I need to fund from global alkight a streaming and Gusor Embesselment of Tycooning

Dates & Points Aginst Human Trafficing

_6·24·24_
(Date)

_[signature]_
(Signature of Plaintiff)



